# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| DANIEL JARRELL | * | CIVIL ACTION NO. 06-2190 |
| VERSUS | * | JUDGE MELANÇON |
| FRANKS PETROLEUM INC., ET AL | * | MAGISTRATE JUDGE METHVIN |

## ORDER OF RECUSAL

It is hereby ORDERED that the above-captioned matter is reassigned to Magistrate Judge Mildred Methvin. Any previously filed motions in this case are to be reset before Magistrate Judge Methvin. All future pleadings shall bear the case number, title, and caption as designated above. The Clerk is to make any necessary adjustments in accordance with standing procedures.

Signed this 7th day of December, 2006, at Lafayette, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE